IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

J.N.C.M.,[1]

    Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of the
Social Security Administration,

    Defendant.

Case No. 25-1065-DDC

## MEMORANDUM AND ORDER

The Commissioner's Unopposed Motion to Reverse and Remand (Doc. 13) asks the court "to issue an order reversing and remanding this case for additional administrative proceedings." Doc. 13 at 1. The Commissioner also "asks the Court to specify . . . that the case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g)[.]" *Id.* at 1–2. And the Commissioner requests "a judgment in accordance with Fed. R. Civ. P. 58, consistent with" *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993). *Id.* at 2. *Shalala* holds that a sentence four remand order is a final judgment. 509 U.S. at 296–302.

After considering the Commissioner's unopposed motion (Doc. 13), the court reverses the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g). The court remands the case to the Commissioner for further administrative proceedings. Consistent with

---

[1]     The court makes all of its Memoranda and Orders available online. Therefore, as part of the court's efforts to preserve the privacy interests of Social Security claimants, it has decided to caption this Order using only plaintiff's initials.

2

the Supreme Court's holding in *Shalala* and § 405(g), the Clerk of the Court is directed to enter a separate judgment under Fed. R. Civ. P. 58.  *See Shalala*, 509 U.S. at 296–302.

**IT IS THEREFORE ORDERED BY THE COURT** that the Commissioner's Unopposed Motion to Reverse and Remand to the Agency (Doc. 13) is granted.  The Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter a separate judgment under Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

**Dated this 29th day of September, 2025, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
